Louise **CARTER**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 39122.

Court of Criminal Appeals of Texas.

Jan. 26, 1966.

Leland D. Sutton, Abilene (on appeal only), for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

v.

The **STATE** of Texas, Appellee.

No. 39123.

Court of Criminal Appeals of Texas.

Jan. 26, 1966.

Leland D. Sutton, Abilene (on appeal only), for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Presiding Judge.

Appellant was convicted of the misdemeanor offense of contributing to the de-

linquency of a minor. Punishment was assessed at a fine of $50.00.

This is a companion case to Tex.Cr.App., 398 S.W.2d 290, this day decided. The identical question posed in that case is prevalent in this one. We adopt our opinion in that case as the opinion in this one.

For the reason stated, the judgment is reversed and the prosecution under this information is ordered dismissed.